425 A.2d 849

Szwedkowski etc. v. Callahan, Appellant.

Argued September 12, 1979. Daniel J. Callahan, appellant, in propria persona; Bernard A. Moore, for appellee.

Before CERCONE, P. J., and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.